DORIS SPINDEN v. JOHNSON & JOHNSON.

June 3, 1981.

Petition for certification denied. (See 177 *N.J.Super.* 605)

STATE OF NEW JERSEY v. HOMER WHEAT.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE G. SIMMONS.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BROWN.

June 3, 1981.

Petition for certification denied.

HARTFORD ACCIDENT & INDEMNITY COMPANY v. TP, INC.

June 3, 1981.

Petition for certification denied.